[Criminal No. 188.]

RAMON MORENO, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. F. M. Doan, Judge.

No appearances.

March 30, 1905.

THE COURT.—In the absence of an assignment of errors, brief, or other appearance on behalf of the appellant, we have examined the transcript, and, finding no error therein, affirm the judgment of the court below.